```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 3/21/2025
```

PRYSM GROUP, LLC,

                Plaintiff,

    - against -

EMERITUS INSTITUTE OF MANAGEMENT PTE LTD,

                Defendant.

**24 Cv. 9305 (VM)**

<u>ORDER</u>

**VICTOR MARRERO, United States District Judge.**

    Plaintiff is directed to submit a letter explaining the proposed amendment to the Complaint within ten (10) days of this Order.

**SO ORDERED.**

Dated:    21 March 2025
            New York, New York

                                            _____
                                            Victor Marrero
                                            U.S.D.J.