```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 7/16/2025
```

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

PRYSM GROUP, LLC,

                Plaintiff,

- against -

EMERITUS INSTITUTE OF MANAGEMENT PT LTD and EMERITUS INSTITUTE OF MANAGEMENT, INC.,

                Defendants.

24 Civ. 9305 (VM)

**ORDER**

**VICTOR MARRERO, United States District Judge.**

    Plaintiff originally brought this action on December 6, 2024. (See Dkt. No. 1.) Plaintiff filed an Amended Complaint on April 22, 2025. (See Dkt. No. 18.) On July 2, 2025, the Court granted Defendants' motion to partially dismiss the Amended Complaint. (See Dkt. No. 27.) Defendants filed an Answer to the Amended Complaint on April 15, 2025. (See Dkt. No. 28.)

    The parties are hereby directed to submit a joint letter within fourteen (14) days of the date of this Order, addressing the following in separate paragraphs: (1) a brief description of the case, including the factual and legal bases for the claim(s) and defense(s); (2) any contemplated motions; (3) the prospect for settlement; and (4) whether the parties consent to proceed for all purposes before the Magistrate Judge designated for this action. The parties are

also directed to submit a proposed Case Management Plan that provides that discovery is to be completed within four (4) months unless otherwise permitted by the Court. A model Case Management Plan is available on the Court's website: https://nysd.uscourts.gov/hon-victor-marrero.

**SO ORDERED.**

Dated:     16 July 2025
           New York, New York

_____
Victor Marrero
U.S.D.J.