UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
PRYSM GROUP, LLC,                            :
                                             :
                        Plaintiff,           :          24-CV-9305 (VM) (RWL)
                                             :
            - against -                      :
                                             :          **ORDER**
EMERITUS INSTITUTE OF MANAGEMENT             :
PTE LTD and EMERITUS INSTITUTE OF            :
MANAGEMENT, INC.,                            :
                                             :
                        Defendants.          :
-------------------------------------------------------------X

**ROBERT W. LEHRBURGER, United States Magistrate Judge.**

As discussed during the discovery conference held on December 3, 2025, via Microsoft Teams, Defendants' objection (by letter date November 20, 2025) to Plaintiffs' designation of certain materials as Attorneys' Eyes Only is overruled, except as follows: in addition to outside counsel, Defendants' in house counsel, is included in the AEO designation and therefore among the persons to whom disclosure of AEO material may be made, subject to in-house counsel's first executing the Protective Order undertaking.

SO ORDERED.

_____
ROBERT W. LEHRBURGER
UNITED STATES MAGISTRATE JUDGE

Dated: December 3, 2025
       New York, New York

Copies transmitted this date to all counsel of record.

1