**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 3/13/2026

PRYSM GROUP, LLC,

                    Plaintiff,

          - against -

EMERITUS INSTITUTE OF MANAGEMENT PTE
LTD AND EMERITUS INSTITUE OF
MANAGEMENT, INC.,

                    Defendants.

**24-CV-09305 (VM)**

**ORDER**

**VICTOR MARRERO, United States District Judge.**

On March 10, 2026, this Court received a letter from Defendants Emeritus Institute of Management PTE LTD and Emeritus Institute of Management, Inc. ("Defendants") requesting leave to file a motion to stay all further proceedings in this action. On March 12, 2026, the Court received a letter from Plaintiff Prysm Group, LLC, in opposition to Defendant's request.

The Court **DENIES** Defendants' request for leave to file a motion to stay all further proceedings in this action

**SO ORDERED.**

Dated:    13 March 2026
          New York, New York

_____
Victor Marrero
U.S.D.J.