```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 5/13/2026
```

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---

Prysm Group, LLC,

                Plaintiff,

      - against -

Emeritus Institute of Management PTE LTD, Emeritus Institute of Management, Inc.,

                Defendants.

**24-cv-09305 (VM)**

**ORDER**

**VICTOR MARRERO, United States District Judge.**

The Court is in receipt of a May 12, 2026, letter from Emeritus Institute of Management Pte. Ltd. and Emeritus Institute of Management Inc. (collectively, "Emeritus" or "Defendants") requesting a pre-motion conference regarding Defendants' anticipated motions for (i) summary judgment and (ii) a Daubert motion to exclude the expert valuation report of James T. O'Brien.

Having reviewed the letter, the Court is not persuaded that a pre-motion conference is necessary at this time. The Court grants Defendants' request to file a motion for summary judgement and a Daubert motion and directs the parties to submit a joint proposed briefing schedule within two (2) weeks of the date of this Order.

**SO ORDERED.**

Dated:    13 May 2026
          New York, New York

                                        Victor Marrero
                                        U.S.D.J.