UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
PRYSM GROUP, LLC,                                :
                                                 :
                          Plaintiff,             :          24-CV-9305 (VM) (RWL)
                                                 :
          - against -                            :
                                                 :          **ORDER**
EMERITUS INSTITUTE OF MANAGEMENT    :
PTE LTD and EMERITUS INSTITUTE OF    :
MANAGEMENT, INC.,                    :
                                                 :
                          Defendants.            :
------------------------------------------------------------X

**ROBERT W. LEHRBURGER, United States Magistrate Judge.**

This order addresses the discovery disputes that are the subject of Dkt. 49 (see attachments thereto) and have been referred to me.  As discussed at the discovery conference held via Microsoft Teams on June 3, 2026, Plaintiff's application to take the deposition of Eric Hamberger notwithstanding the closure of discovery is GRANTED.  Substantive questioning about the merits shall be limited to Prysm's claims in this case and shall focus on the content of Mr. Hamberger's Declaration.

Further, the Court adopts the following briefing schedule for summary judgment and *Daubert* motions.  For summary judgment:  Opening brief due 30 days after receipt of Hamberger transcript; Opposition due 30 days following Opening brief; Reply, if any, due 14 days following Opposition.  For *Daubert*:  Opening brief due 45 days following receipt of Hamberger transcript; Opposition due 30 days following Opening brief; Reply, if any, due 14 days following Opposition.  Whether sur-replies will be entertained is left to the discretion of the Court.

This completes the referral at Dkt. 49.

1

SO ORDERED.

_____
ROBERT W. LEHRBURGER
UNITED STATES MAGISTRATE JUDGE

Dated: June 3, 2026
        New York, New York

Copies transmitted this date to all counsel of record.

2