UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------X

PRYSM GROUP, LLC,

Plaintiff,

- against -

EMERITUS INSTITUTE OF MANAGEMENT PTE LTD and EMERITUS INSTITUTE OF MANAGEMENT, INC.,

Defendants.

---------------------------------------------------------------X

24-CV-9305 (VM) (RWL)

**ORDER**

**ROBERT W. LEHRBURGER, United States Magistrate Judge.**

This order resolves the discovery dispute raised by the parties' correspondence attached to the order of reference at Dkt. 56. For principally the reasons set forth by Emeritus in its August 7, 2026 letter, Emeritus's motion is granted to the extent that Prysm may not affirmatively use on summary judgment the Huesman deposition transcript (taken in another case). If, however, on summary judgment Emeritus submits an affidavit from Mr. Huesman, then Prysm may use the Huesman deposition transcript in response. Similarly, this ruling does not bar Emeritus from submitting an affidavit from Mr. Huesman on summary judgment, since he was identified in the Amended Complaint and has long been disclosed as a potential witness. And to the extent Mr. Huesman submits an affidavit in connection with summary judgment or testifies at trial, his deposition transcript may be used by the opposing party for impeachment purposes.

SO ORDERED.

ROBERT W. LEHRBURGER
UNITED STATES MAGISTRATE JUDGE

Dated: August 12, 2026
New York, New York

Copies transmitted this date to all counsel of record.