MOSES SINGER

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 9/4/2026

Jessica R. Caterina
Direct Dial: 212.554.7884
E-Mail: jcaterina@mosessinger.com

September 3, 2026

**VIA ECF**
Hon. Victor Marrero
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

**Re:** ***Prysm Group, LLC v. Emeritus Institute of Management PTE LTD, et al.***
**(Case No. 24-CV-9305 (VM)(RWL))**

Dear Judge Marrero,

We are counsel to Defendants Emeritus Institute of Management PTE LTD and Emeritus Institute of Management, Inc. (collectively "Defendants") in the above-referenced matter. We write in advance of the September 11, 2026, deadline to submit dispositive motions and pursuant to Section II(H) of Your Honor's Individual Rules to respectfully request that certain tax returns that Defendants anticipate attaching to their motion for summary judgment be filed under seal in accordance with Defendants' obligations under Paragraph 12 of the Confidentiality Stipulation and Protective Order (the "Protective Order") (ECF. 34).

The Protective Order provides in pertinent part that:

> All persons are hereby placed on notice that the Court is unlikely to seal or otherwise afford confidential treatment to any Discovery Material introduced in evidence at trial or supporting or refuting any motion for summary judgment, even if such material has previously been sealed or designated as Confidential. Notwithstanding the foregoing, **the parties agree that they will make respective motions to seal before filing tax returns** to keep them confidential from public view, recognizing that it is in the Court's discretion whether or not to grant such motions.

(ECF. 34 at ¶ 12) (emphasis added). The aforementioned tax returns that Defendants will attach to their forthcoming motion for summary judgment are Plaintiff Prysm Group, LLC's 2021 and 2022 tax returns (filed concurrently under seal as Exhibits A and B, respectively). Although Defendants

MOSES SINGER



take no position as to the propriety of maintaining the confidentiality of these tax returns, we nonetheless, respectfully submit this request to seal pursuant to the parties' obligations under the Protective Order to make such a request.

We thank the Court for its consideration.

Respectfully submitted,

*/s/ Jessica Caterina*

Jessica Caterina

cc: All counsel of record *(VIA ECF)*

**Request GRANTED.**

The Court grants Defendants' request to file Plaintiff Prysm Group, LLC's 2021 and 2022 tax returns under seal.

**SO ORDERED.**

9/4/2026

DATE

VICTOR MARRERO, U.S.D.J.